UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONNA E. MARCUM,

    Plaintiff,

v.

AMERIQUEST MORTGAGE COMPANY,
a foreign corporation, Mortgagee,
a/k/a AMC MORTGAGE SERVICES, DEUTSCHE
BANK NATIONAL TRUST COMPANY, as Trustee
of AMERIQUEST MORTGAGE SECURITIES,
INC. and DOES 1-5,

    Defendants.

Case No. 08-12307
Hon. Avern Cohn

---

| | |
|---|---|
| D. Richard Black (P25773)<br>David M. Hall (P14544)<br>DAVID HALL & ASSOCIATES, P.C.<br>LAW OFFICE OF D. RICHARD BLACK<br>283 Howard Avenue<br>Holland, MI 49424<br>(616) 396-3998<br>Attorneys for Plaintiff | David A. Breuch (P45368)<br>CLARK HILL PLC<br>500 Woodward Avenue, Suite 3500<br>Detroit, MI 48226-3435<br>(313) 965-8300<br>Attorneys for Defendants |

---

## APPEARANCE

Please enter the appearance of David A. Breuch of Clark Hill PLC as counsel for Defendants Ameriquest Mortgage Company, a/k/a AMC Mortgage Services and Deutsche Bank National Trust Company, as Trustee of Ameriquest Mortgage Securities, Inc.

                                      Respectfully submitted,

                                      CLARK HILL PLC

                                By:   s/ David A. Breuch
                                            David A. Breuch
                                            500 Woodward Avenue, Suite 3500
                                            Detroit, MI 48226-3435
                                            (313) 965-8300
                                            dbreuch@clarkhill.com
                                            Attorney Bar No. (P45368)
Date: June 9, 2008                 Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2008, I electronically filed the foregoing paper with the Clerk of the Court using the ECF System.

                                            s/ David A. Breuch
                                            David A. Breuch
                                            500 Woodward Avenue, Suite 3500
                                            Detroit, MI 48226-3435
                                            (313) 965-8300
                                            dbreuch@clarkhill.com
                                            Attorney Bar No. (P45368)
                                            Attorneys for Defendants