UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONNA E. MARCUM,

    Plaintiff,

v.

AMERIQUEST MORTGAGE COMPANY,
a foreign corporation, Mortgagee,
a/k/a AMC MORTGAGE SERVICES, DEUTSCHE
BANK NATIONAL TRUST COMPANY, as Trustee
of AMERIQUEST MORTGAGE SECURITIES,
INC. and DOES 1-5,

    Defendants.

Case No. 08-12307
Hon. Avern Cohn

---

| | |
|---|---|
| D. Richard Black (P25773) | David A. Breuch (P45368) |
| David M. Hall (P14544) | CLARK HILL PLC |
| DAVID HALL & ASSOCIATES, P.C. | 500 Woodward Avenue, Suite 3500 |
| LAW OFFICE OF D. RICHARD BLACK | Detroit, MI 48226-3435 |
| 283 Howard Avenue | (313) 965-8300 |
| Holland, MI 49424 | Attorneys for Defendants |
| (616) 396-3998 | |
| Attorneys for Plaintiff | |

## STIPULATED ORDER STAYING PROCEEDINGS

Pursuant to the agreement of counsel of record, and in light of the potential transfer of this action by the Judicial Panel on Multidistrict Litigation ("Panel");

IT IS HEREBY ORDERED that all pretrial proceedings in this matter shall be stayed pending a decision by the Panel whether to designate this case as a "tag along action," or pending further order of this Court.

Date: June 19, 2008            s/Avern Cohn
                                                    U.S. District Court Judge

2

STIPULATED AND AGREED TO:

| | |
|---|---|
| DAVID HALL & ASSOCIATES, P.C.<br>LAW OFFICE OF D. RICHARD BLACK | CLARK HILL PLC |
| s/ D. Richard Black<br>D. Richard Black<br>283 Howard Avenue<br>Holland, MI 49424<br>(616) 396-3998<br>Email: black-law@comcast.net<br>Attorney Bar No. P25773<br>Attorneys for Plaintiff | s/ David A. Breuch<br>David A. Breuch<br>500 Woodward Avenue, Suite 3500<br>Detroit, Michigan 48226<br>(313) 965-8300<br>Email: dbreuch@clarkhill.com<br>Attorney Bar No. P45368<br>Attorneys for Defendants |

2