# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

In re:

Donna E Marcum,

      Plaintiff(s),                      CASE NO.    08-12307

v.                                          JUDGE       Avern Cohn

Ameriquest Mortgage Company, et al.

      Defendant(s).

_____

## NOTICE OF MULTI DISTRICT LITIGATION TRANSFER

TO:    U.S. District Court
         Northern District of Illinois
         219 S. Dearborn Street, 20th Floor
         Chicago, IL 60604

    The above entitled case has been transferred to your Court pursuant to a CONDITIONAL TRANSFER ORDER . A certified copy of the docket and the transfer order are enclosed for consolidation with your Multi District Litigation 1715. The remainder of the docket entries are available using Pacer.

    Please acknowledge receipt of these documents by returning a time-stamped copy of this notice.

## NOTICE TO LITIGANTS

    Please take notice that the above case has been transferred to the above named Court for inclusion in MULTI DISTRICT LITIGATION 1715. Please file all future documents with the court listed above.

                                                      DAVID J. WEAVER, CLERK OF COURT

Date: July 31, 2008                By       s/Sarah Schoenherr
                                                                        Deputy Clerk

## CERTIFICATION

    I hereby certify that this Notice was served on the parties and/or counsel of record.

                                                       DAVID J. WEAVER, CLERK OF COURT
Date: July 31, 2008                By       s/Sarah Schoenherr
                                                                        Deputy Clerk