# U.S. District Court
## Eastern District of Michigan (Detroit)
### CIVIL DOCKET FOR CASE #: 2:08–cv–12307–AC–RSW

| | |
|---|---|
| Marcum v. Ameriquest Mortgage Company et al | Date Filed: 05/28/2008 |
| Assigned to: District Judge Avern Cohn | Date Terminated: 07/31/2008 |
| Magistrate Judge R. Steven Whalen | Jury Demand: Plaintiff |
| Cause: No cause code entered | Nature of Suit: 890 Other Statutory Actions |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Donna E Marcum**      represented by    **D. Richard Black**
D. Richard Black Assoc.
283 Howard Avenue
Holland, MI 49424
616–396–3998
Email: black–law@comcast.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David M. Hall**
283 Howard Avenue
Holland, Mi 49424
616–396–3998
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Ameriquest Mortgage Company**    represented by    **David A. Breuch**
*also known as*
AMC Mortgage Services
Clark Hill (Detroit)
500 Woodward Avenue
Suite 3500
Detroit, MI 48226–3435
313–965–8300
Email: dbreuch@clarkhill.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Deutsche Bank National Trust Company**    represented by    **David A. Breuch**
*as Trustee of Ameriquest Mortgage Securities,*
*Incorporated*
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Does**
*1–5*

Case 1:08-cv-04292 Document 7 Filed 07/31/2008 Page 2 of 2

| Date Filed | # | Docket Text |
|---|---|---|
| 05/28/2008 | Ï 1 | COMPLAINT filed by Donna E Marcum against Ameriquest Mortgage Company, Deutsche Bank National Trust Company, Does Receipt No: 7012AA – Fee: $ 350. (BSoc) (Entered: 05/30/2008) |
| 06/09/2008 | Ï 2 | ATTORNEY APPEARANCE: David A. Breuch appearing on behalf of Ameriquest Mortgage Company, Deutsche Bank National Trust Company (Breuch, David) (Entered: 06/09/2008) |
| 06/19/2008 | Ï 3 | STIPULATED ORDER STAYING Proceedings. Signed by District Judge Avern Cohn. (CGre) (Entered: 06/19/2008) |
| 07/22/2008 | Ï 4 | [Informational Copy] MDL Non–Certified Transfer Order To Northern District of Illinois – MDL # 1715. (SSch) (Entered: 07/22/2008) |
| 07/31/2008 | Ï 5 | MDL Certified Transfer Order To Northern District of Illinois – MDL # 1715. (SSch) (Entered: 07/31/2008) |
| 07/31/2008 | Ï 6 | NOTICE of Transfer to the Northern District of Illinois for MDL 1715. (SSch) (Entered: 07/31/2008) |

Case 1:08-cv-04292 Document 7 Filed 07/31/2008 Page 2 of 2